

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00144-CV

ZACHARY LONG, Appellant

V.

R.E. WATSON & ASSOCIATES, INC.,
Appellee

§   On Appeal from the 153rd District Court

§   of Tarrant County (153-331707-22)

§   February 29, 2024

§   Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

It is further ordered that Appellant Zachary Long must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
　　　Justice Elizabeth Kerr